THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Douglas
 Cantrell, Appellant.
 
 
 

Appeal From Greenville County
 G. Edward Welmaker, Circuit Court Judge
Unpublished Opinion No. 2007-UP-443
Submitted October 1, 2007  Filed October
 9, 2007
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission on
 Indigent Defense, of Columbia for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Atty General
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General, of Columbia; and Solicitor Robert M. Ariail, of
 Greenville, for Respondent.
 
 
 

PER CURIAM:  Appellant, Michael Douglas Cantrell, pled
 guilty to distribution of cocaine.  The trial judge sentenced him to twenty
 years imprisonment.  Cantrells
 counsel attached to the brief a petition to be relieved as counsel, stating
 that he had reviewed the record and concluded this appeal lacks merit.  Cantrell did not file a separate pro se brief.  After
 a thorough review of the record pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 CJ., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.